**Opinion issued September 17, 2013**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-13-00682-CR

—————————————

## IN RE LARIMORE CORNELIUS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

On August 6, 2013, the relator, Larimore Cornelius, filed a pro se petition for writ of mandamus, requesting that we direct the trial court to provide him with a complete copy of the court reporter's record of his trial.[1] Relator asserts that a bench conference conducted during voir dire is missing from the court reporter's

---

[1] The underlying case is *State v. Larimore Cornelius*, No. 388305, in the 208th District Court of Harris County, Texas, the Honorable Denise Collins presiding.

record, and that he is entitled to obtain a copy of the record of the bench conference under the Open Records Act. *See* TEX. GOV'T CODE § 552.321 (West 2009). Because the judiciary is excluded from the application of the Open Records Act, it does not apply to the respondents, Judge Denise Collins and the Harris County District Clerk. *See id.* §§ 552.003(1)(A)–(B) (West 2009).

We **deny** the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.

Do not publish. TEX. R. APP. P. 47.2(b).